IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action: 24-00190-TJS

**JULIE A. SU**
*ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR*

v.

AMAZING CARE HOME HEALTHCARE SERVICES, LLC et al

Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendants AMAZING CARE HOME HEALTHCARE SERVICES, LLC, CHRISTOPHER KEAR, and JOSEPHINE KILIPKO for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

By: s/ Stephen Gill
    Stephen Gill, Deputy Clerk