IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZING CARE HOME HEALTHCARE SERVICES, LLC, CHRISTOPHER KEAR, and JOSEPHINE KILIPKO<br><br>*Defendants.* | NO. 24-cv-00190-TJS<br><br>CIVIL ACTION<br><br>JURY TRIAL DEMANDED |

## **MOTION TO VACATE CLERK'S ENTRY OF DEFAULT**

Defendants, by and through undersigned counsel, hereby submit the following Motion to Vacate Clerk's Entry of Default. In support thereof, Defendants rely upon the attached memorandum of law.

Respectfully submitted,

KARPF KARPF & CERUTTI P.C.

/s/ W. Charles Sipio
W. Charles Sipio, Esq.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
(T) (215) 639-0801 / (F) (215) 639-4970

Dated: June 20, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system.

/s/ W. Charles Sipio<br>W. Charles Sipio, Esq.

Dated: June 20, 2024