IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>AMAZING CARE HOME HEALTHCARE<br>SERVICES, LLC, CHRISTOPHER KEAR, and<br>JOSEPHINE KILIPKO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-00190-TJS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SECRETARY OF LABOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY AND INCREASED PAGE LIMIT**

Plaintiff, Lori Chavez-DeRemer, Secretary of Labor, U.S. Department of Labor ("Plaintiff"), hereby requests additional time to file a Reply brief in support of her Motion for Summary Judgment and in support thereof states as follows:

1. Pursuant to the Third Amended Scheduling Order in this matter, motions for summary judgment were to be filed in this matter no later than May 16, 2025, with responses due no later than June 6, 2025, and replies due no later than June 20, 2025. ECF No. 37.

2. Plaintiff filed her Motion for Summary Judgment on May 16, 2025. ECF No. 41.

3. On May 19, 2025, Defendants moved for two additional weeks to file their Response. ECF No. 42. Defendants conferred with Plaintiff in advance, and Plaintiffs did not oppose that request.

4. On May 20, 2025, Defendants' motion for extension of time was granted, such that Defendants' Response was due June 20, 2025, and any Reply is due no later than July 4,

2025.  ECF No. 43.  As July 4, 2025, Independence Day, is an enumerated federal holiday falling on a Friday, the deadline would be extended under the Federal Rules of Civil Procedure to July 7, 2025, the first subsequent day that is not a Saturday, Sunday, or legal holiday.  *See* Fed. R. Civ. P. 6(a).

5.  After reviewing Defendants' Response, and in light of the federal holiday, Plaintiff respectfully requests an extension of time until July 11, 2025 to file her Reply in support of her motion for summary judgment.

6.  In light of the facts that Plaintiff has moved for summary judgment as to all aspects of the case and that Defendants have contested all aspects of the case as to at least one set of employees at issue, Plaintiff respectfully requests that the Court expand the page limit to 15 pages for Plaintiff's Reply.

7.  Plaintiff has conferred with counsel for Defendants, who do not object to these requests.

WHEREFORE, Plaintiff respectfully requests that her Motion be granted, and the time for filing a Reply be extended to July 11, 2025, and the page limit for the Reply be expanded to 15 pages.

                          Respectfully submitted,

| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
|---|---|
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103-2968<br>(215) 861-5124 (voice)<br>(215) 861-5162 (fax)<br>gosfield.alexander.e@dol.gov | Jonathan Snare<br>Acting Solicitor of Labor<br><br>Samantha N. Thomas<br>Regional Solicitor<br><br>Adam Welsh<br>Regional Wage and Hour Counsel |
| Date: June 24, 2025 | /s/ *Alexander E. Gosfield*<br>Alexander E. Gosfield<br>Senior Trial Attorney<br>PA State Bar # 209537<br><br>*Attorneys for LORI CHAVEZ-DEREMER*<br>*Secretary of Labor, Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 24, 2025, I electronically filed the foregoing Unopposed Motion for Extension of Time to File Reply Brief and Increased Page Limit and proposed order with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to this document to the attorneys of record in this case.

><br>
> */s/ Alexander E. Gosfield*
> Alexander E. Gosfield
> Senior Trial Attorney