IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE A. SU, Acting Secretary of Labor** | : | **CIVIL ACTION** |
| **United States Department of Labor** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AMAZING CARE HOME HEALTHCARE** | : | |
| **SERVICES, LLC, CHRISTOPHER** | : | |
| **KEAR and JOSEPHINE KILIPKO** | : | **NO. 24-190** |

## ORDER

**NOW,** this 13th day of February, 2026, it is **ORDERED** that the Clerk shall **AMEND** the caption of the docket as follows:

1. Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor shall be **SUBSTITUTED** for plaintiff Julie A. Su.[1]

_____
TIMOTHY J. SAVAGE, J.

---

[1] When this action was filed, Su was Acting United States Secretary of Labor. Chavez-DeRemer is the current Secretary of Labor and is therefore automatically substituted as plaintiff in this matter. *See* Fed. R. Civ. P. 25(d).