IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AMAZING CARE HOME HEALTHCARE SERVICES, LLC, CHRISTOPHER KEAR and JOSEPHINE KILIPKO** | : | **NO. 24-190** |

## ORDER

**NOW**, this 13th day of February, 2026, upon consideration of the Secretary of Labor's Motion for Summary Judgment (Doc. No. 41), and the defendants' response (Doc. No. 45), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The motion is **GRANTED** to the extent it seeks judgment that:

   a. Defendant Amazing Care Home Healthcare Services, LLC is a covered enterprise under 29 U.S.C. § 203(s)(1);

   b. Defendants Christopher Kear and Josephine Kilipko are jointly liable as employers under 29 U.S.C. § 203(d);

   c. Amazing Care's Home Health Aides and Licensed Practical Nurses are covered employees under 29 U.S.C. § 203(e)(1);

   d. The defendants failed to make, keep, and preserve adequate records in violation of 29 U.S.C. § 211(c) and 29 U.S.C. § 215(a)(5);

   e. Liquidated damages are warranted under 29 U.S.C. § 216(b) to the extent the defendants are found liable for the alleged overtime violations.

2. The motion is **DENIED** to the extent it seeks judgment that:

    a. The defendants violated 29 U.S.C. § 207(a)(1) and 29 U.S.C. § 215(a)(2) by failing to pay mandated overtime wages;

    b. The alleged violations of 29 U.S.C. § 207(a)(1) were willful under 29 U.S.C. § 255(a);

    c. The amount of unpaid overtime wages is $5,919,096.34.

3. The motion is **DENIED** to the extent it seeks injunctive relief.

_____
TIMOTHY J. SAVAGE, J.